1  I don't know if I have a winning case or a winning situation
2  because I know he's lying.
3           THE COURT:  All right.  Court will be in recess and
4  the parties will remain in the courtroom.  Court
5      (Recess.)
6                        AFTER RECESS
7           THE COURT:  The following shall constitute the
8  Court's proposed findings and recommendations unless modified
9  after a review of the transcript of these findings.
10          Archie Coates, a detainee of the Pulaski County
11 Detention Center in October of 2002, testified that on October
12 11th he was involved in an altercation with another inmate.
13 He claims that the altercation had ended and he was lying on
14 top of the other inmate when Defendant Woody Brawley sprayed
15 him from the back with mace.
16          Deputy Brawley testified that after seeing the two
17 inmates involved in an altercation, he ordered them to break
18 up and that they did not.  He testified that the Detention
19 Center policy is that before touching an inmate involved in an
20 altercation, spray must be used on them.
21          His testimony was that the inmates were still
22 swinging at one another while lying on the floor, and he
23 attempted to spray both of them.
24          The Eighth Amendment protects inmates from
25 unnecessary unwarranted infliction of pain by correctional

Case 4:03-cv-00165-JLH-HLJ   Document 40 (Court only)   Filed 03/20/2007   Page 21 of 22
Case 4:03-cv-00165-JLH   Document 49   Filed 05/11/07   Page 2 of 3

21

1  officers, *Whitley v. Alberts*, 475 U.S. 312, 319 (1986).
2       Officers are permitted to use force reasonably and in
3  a good faith effort to maintain or restore discipline.  The
4  force is not to be used maliciously and sadistically to cause
5  harm, *Hudson v. McMillan*, 503 U.S. 1, 9 (1992).
6       Even if the plaintiff's testimony is accepted, he has
7  not shown a constitutional violation given the incident even
8  as he describes it.
9       Originally, plaintiff sued the Pulaski County
10 Detention Center and another officer who was never served.
11 That officer is dismissed and the Detention Center must be
12 dismissed also because a jail is not considered a person
13 within the meaning of 42 U.S.C. § 1983.  See *Dean v. Barber*,
14 951 F.2nd 1210, 1214 (11th Cir. 1992).
15      It is therefore ordered that plaintiff's complaint
16 against the defendant be and is hereby dismissed.
17      Court is in recess.
18   (Adjournment at 10:25 a.m.)

22

1 <u>ELECTRONIC SOUND RECORDING CERTIFICATION</u>:

2 I, court approved transcriber, certify that the foregoing is a

3 correct transcript from the official electronic sound

4 recording of the proceedings in the above-entitled matter.

5 

6 _____     <u>March 15, 2007</u>
Signature of Approved Transcriber     Date

7 <u>Robin L. Warbritton</u>

8 Typed or Printed Name