IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARCHIE MOORE COATES                                                              PLAINTIFF

VS.                                    CASE NO. 4:03CV00165 JLH

JOHN DOES, et al.                                                                DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 18th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE